STATE v. CANNADY and HINNANT

No. 144 PC.

Case below: 22 N.C. App. 53.

Petitions for writs of certiorari to North Carolina Court of Appeals denied 3 September 1974.

STATE v. CANTY

No. 15 PC.

Case below: 22 N.C. App. 45.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. COGDELL

No. 30 PC.

Case below: 22 N.C. App. 327.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. COLLINS

No. 40 PC.

Case below: 19 N.C. App. 553.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. DAIS

No. 19 PC.

Case below: 22 N.C. App. 379.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 August 1974.